Case 19-00719  Doc 14  Filed 08/06/19  Entered 08/07/19 10:11:03  Desc Main
Document  Page 1 of 2

19-00719:9.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 7/16/2019 12:29:38 PM by:Andrew Dryjanski Page 1 of 2

### UNITED STATES BANKRUPTCY
### NORTHEN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:  Case No. 17-01571 | ) |
| ELBERT P. MUHAMMAD, | ) |
| Debtor, | ) |
| | ) BK No. 17-01571 |
| THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, | ) |
| | ) Adv. Pro. No. 19-00719 |
| Plaintiff, | ) |
| v. | ) Judge Jack B. Schmetterer |
| ELBERT P. MUHAMMAD, | ) |
| Defendant. | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified Complaint herein and after such hearing the court makes the following finds of fact and conclusions of law.

### FINDINGS OF FACT

1. The defendant, ELBERT P. MUHAMMAD, was employed by Le Penseur Youth Service, for the weeks ending April 2, 2011 through September 24, 2011.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decisions.

3. During the same periods of time the defendant applied for and received unemployment benefits totaling $13,936.00.

4. During the same period of time the defendant made the representation he was not employed in his application for unemployment benefits.

Case 19-00719    Doc 14    Filed 08/06/19    Entered 08/07/19 10:11:03    Desc Main
Document    Page 2 of 2

19-00719:9.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 7/16/2019 12:29:38 PM by:Andrew Dryjanski Page 2 of 2

5. The defendant did not report his employment or his earnings during these periods.

6. As of ___July 3, 2019___, the sum of $13,936.00 is due.

## CONCLUSIONS OF LAW

1. Through his false representations, the defendant received a total of $13,936.00 in unemployment benefits to which he was not entitled.

2. As of ___July 3, 2019___, the defendant is indebted to plaintiff in the sum of $13,936.00.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: [signature]

Dated: 8/6/19